IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| GRETTA LOUISE HUNTER, § | |
| § | |
| Plaintiff, § | |
| § | |
| V. § | No. 3:21-cv-03052-BT |
| § | |
| KILOLO KIJAKAZI, Acting § | |
| Commissioner of Social Security, § | |
| § | |
| Defendant. § | |

## ORDER

Now before the Court is Plaintiff's Motion for Fees Under the Equal Access to Justice Act, 28 U.S.C. § 2412. After consideration of the motions, pleadings, and applicable law, it is hereby ORDERED that Plaintiff's motion for attorney fees (ECF No. 24) is hereby GRANTED. Plaintiff is awarded:

$6,603.29 under 28 U.S.C. § 2412(d) of the Equal Access to Justice Act,

payable by the Social Security Administration; and

This award shall be made payable to Plaintiff via her attorney of record.

**SO ORDERED.**

April 12, 2023.

_____
REBECCA RUTHERFORD
UNITED STATES MAGISTRATE JUDGE

Order Awarding EAJA Fees – Page 1